IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bay Area Painters & Tapers Pension Trust Fund, et al., | NO. C 10-01985 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE. DISMISSAL** |
| v. | |
| Ventura Finishing Systems, et al., | |
| Defendants. | |

On June 2, 2010, Plaintiffs filed a Motion for Entry of Default in this case. (See Docket Item No. 10.) On June 10, 2010, the Clerk entered default as requested by Plaintiffs. (See Docket Item No. 11.) Since that time, there has been no further activity in this case, as reflected by the docket. Accordingly, on **July 11, 2011 at 9 a.m.**, Plaintiffs shall appear to show cause, if any, by actual appearance in Court and by certification filed with the Court on or before **July 1, 2011**, why this case should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b). The certification shall set forth, in factual summary, the reasons why this case has been idle for over a year, and will state what action Plaintiffs are taking to bring this case to a close. Failure to comply with any part of this Order is sufficient to warrant dismissal under Fed. R. Civ. P. 41(b), which is a dismissal on the merits.

Dated:  June 17, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake Edward Williams bwilliams@sjlawcorp.com
Michele R. Stafford mstafford@sjlawcorp.com
Muriel B. Kaplan mkaplan@sjlawcorp.com

**Dated:  June 17, 2011**                                   **Richard W. Wieking, Clerk**

                                                                      **By:      /s/ JW Chambers**
                                                                             **Susan Imbriani**
                                                                             **Courtroom Deputy**