IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bay Area Painters & Tapers Pension Trust Fund, et al., | NO. C 10-01985 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| Ventura Finishing Systems, et al., | |
| Defendants. | |

On June 2, 2010, Plaintiffs filed a Motion for Entry of Default in this case. (See Docket Item No. 10.) On June 10, 2010, the Clerk entered default as requested by Plaintiffs. (See Docket Item No. 11.) Since that time, there has been no further activity in this case, as reflected by the docket. Accordingly, on June 17, 2011, the Court ordered Plaintiffs to show cause, by actual appearance in Court on July 11, 2011 and by certification filed with the Court on or before July 1, 2011, why this case should not be dismissed for lack of prosecution. (See Docket Item No. 14.)[1] On July 1, 2011, Plaintiffs filed a certification stating, *inter alia*, that they have been working with Defendants since "[s]hortly after default was entered in this Matter" to "rectify" Defendants' debts to Plaintiffs, and that the fact that this case "has been idle before the Court for many months" does not "properly

---

[1] The Court explained that the certification shall set forth, in factual summary, the reasons why the case has been idle for over a year, and will state what action Plaintiffs are taking to bring this case to a close. (See id.) The Court further explained that failure to comply with any part of its Order would be sufficient to warrant dismissal under Fed. R. Civ. P. 41(b), which is a dismissal on the merits. (Id.)

reflect Plaintiffs' efforts over this time period to bring resolution to this Matter."[2]  Plaintiffs further state that the parties "have been engaged in settlement discussions for the past several months, and an agreement does appear to be close to being finalized."  (Id. at 2.)

In light of Plaintiffs' Certification, the Court finds good cause to CONTINUE the July 11 Hearing and ORDERS as follows:

(1) The Order to Show Cause Hearing is CONTINUED to **September 12, 2011 at 9 a.m.**

(2) On or before **September 2, 2011**, (1) the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a); or (2) Plaintiff shall file and notice its Motion for Default Judgment in accordance with the Civil Local Rules of Court.

Upon the filing of either, the Order to Show Cause hearing will be VACATED.  There will be no further extension.

Dated: July 6, 2011

JAMES WARE
United States District Chief Judge

---

[2] (Certification of Blake E. Williams in Response to Court's Order to Show Cause at 2-3, Docket Item No. 16.)

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Blake Edward Williams bwilliams@sjlawcorp.com
Michele R. Stafford mstafford@sjlawcorp.com
3 Muriel B. Kaplan mkaplan@sjlawcorp.com

**Dated: July 6, 2011**                                              **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
           **Susan Imbriani**
           **Courtroom Deputy**