IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bay Area Painters & Tapers Pension Trust Fund, et al.,<br><br>             Plaintiffs,<br>   v.<br><br>Ventura Finishing Systems, et al.,<br><br>             Defendants. | NO. C 10-01985 JW<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE RE. DISMISSAL** |

On June 17, 2011, the Court issued an Order to Show Cause re. Dismissal in this case, explaining that there had been no activity in the case since the Court entered default on June 10, 2010. (See Docket Item No. 14.) On July 6, 2011, the Court continued the Order to Show Cause Hearing from July 11, 2011 to September 12, 2011, in light of a certification filed by Plaintiffs which stated that they had been working with Defendants to "rectify" Defendants' debts to Plaintiffs. (See Docket Item No. 17.) In its July 6 Order, the Court ordered that on or before September 2, 2011, the parties would either file a Stipulated Dismissal, or Plaintiffs "shall file and notice [their] Motion for Default Judgment." (Id. at 2.) On September 2, 2011, pursuant to the Court's July 6 Order, Plaintiffs filed their Motion for Default Judgment. (See Docket Item No. 19.)

Accordingly, in light of Plaintiffs' filing of their Motion for Default Judgment, the Court VACATES the September 12 Order to Show Cause Hearing.

Dated: September 8, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake Edward Williams bwilliams@sjlawcorp.com
Michele R. Stafford mstafford@sjlawcorp.com
Muriel B. Kaplan mkaplan@sjlawcorp.com

**Dated: September 8, 2011**                                    **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**